JACKSONWHITE
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
(480) 464-1111
Attorneys for Plaintiff
By: Scott L. Potter, Bar No. 025157
spotter@jacksonwhitelaw.com

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

THE UNITED STATES OF AMERICA for the use of FOXWORTH-GALBRAITH LUMBER COMPANY, a Delaware corporation,

Plaintiff,

vs.

SHANNON CONSTRUCTION, LLC, an Arizona limited liability company; FINANCIAL PACIFIC INSURANCE COMPANY, a California insurance company,

Defendants.

Case No.: CV-09-8111-PCT-ECV

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT WITHOUT HEARING**

(Assigned to the Honorable Edward C. Voss)

Plaintiff, Foxworth-Galbraith Lumber Company ("F-G"), by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 55(b), respectfully requests that judgment by default be entered in its favor and against Defendants SHANNON CONSTRUCTION, LLC, an Arizona limited liability company ("Shannon Construction"), and FINANCIAL PACIFIC INSURANCE COMPANY, a California insurance company ("Financial Pacific"), for the reasons more fully stated below.

On or about June 26, 2009, F-G filed its verified Complaint against Defendants Shannon Construction and Financial Pacific, among others. Shannon Construction was served with a copy of the Summons and Complaint on August 26, 2009. Financial Pacific was deemed served with a copy of the Summons and Complaint on September 8, 2009. The time for Answering the Complaint has now passed. Shannon Construction and Financial Pacific have failed to plead or otherwise defend the Complaint.

As stated in its verified Complaint, Shannon Construction failed to pay for materials and supplies purchased on credit from F-G, in breach of its Agreement, pursuant to **Exhibit A** to the verified Complaint. In its Complaint, F-G seeks judgment for a sum certain, which is supported by the Sum Certain Declaration attached hereto as **Exhibit 1**. Therefore, judgment may be entered by the Court upon motion, pursuant to Rule 55(b)(1), Arizona Rules of Civil Procedure. Attorneys' fees are awarded in this case pursuant to contract, as evidenced by **Exhibit A** to the Complaint.

Based on the foregoing, F-G respectfully requests this Court to grant judgment in its favor and against Shannon Construction and against Bond No. C905186 issued by Financial Pacific up to the penal sum of the bond] in the principal sum of Ten Thousand Eight Hundred Fifty-Six and 43/100 Dollars ($10,856.43), plus interest thereon at the rate of eighteen percent (18%) per annum from July 31, 2010, until paid in full, plus attorneys' fees in the sum of $2,203.00, plus court costs in the sum of $457.80, supported by the Affidavit of Attorneys' Fees and Statement of Costs attached hereto as **Exhibit 2**.

RESPECTFULLY SUBMITTED this 30th day of July, 2010.

JACKSON WHITE, P.C.

By: *__/s/ Scott L. Potter__*
Scott L. Potter
40 N. Center St., Suite 200
Mesa, AZ 85201
*Attorneys for Plaintiff*

ORIGINAL electronically filed with the Clerk of the Court this 30th day of July, 2010, and copies mailed this same date to:

Michael Schern
Thomas Schern Richardson PLLC
1640 S. Stapley Dr., Suite 132
Mesa, AZ 85204-6673
*Attorneys for Shannon Construction, LLC*

Molly A. Newburn
David Kash
Ryley Carlock & Applewhite
One N. Central Ave., Suite 1200
Phoenix, AZ 85004-4417
*Attorneys for Financial Pacific Insurance Co.*

By: ___*/s/ Lori Harpel*_________