**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America for the use of Foxworth-Galbraith Lumber Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Shannon Construction, LLC, and Pacific Insurance Company,<br><br>　　　　Defendants. | No. CV-09-8111-PCT-PGR<br><br>ORDER |

　　　The parties having filed a Motion and Stipulation to Dismiss With Prejudice (Doc. 26) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

　　　IT IS ORDERED that the Clerk of the Court shall terminate this action.

　　　DATED this 14th day of October, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　United States District Judge